UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:10-CR-13(01) RM |
| ) | |
| RICHARD A. JENNINGS ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on June 8, 2010. Accordingly, the court ADOPTS those findings and recommendations [docket # 33], ACCEPTS defendant Richard A. Jennings plea of guilty, and FINDS the defendant guilty of Count 2s of the Superseding Indictment, in violation of 18 U.S.C. § 3146(a)(2).

SO ORDERED.

ENTERED:   July 12, 2010


　　　　　　　　　　　　　　　　　/s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　　　Judge
　　　　　　　　　　　　　　　　United States District Court